IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01595-REB-PAC

GIANT MERCHANDISING,

    Plaintiff,

v.

JOHN DOES 1-100, individuals,
JANE DOES 1-100, individuals, and
XYZ COMPANY, business entity form unknown inclusive,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Notice of Voluntary Dismissal Without Prejudice** [#14], filed August 21, 2006. After careful review of the notice and the file, the court has concluded that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Without Prejudice** [#14], filed August 21, 2006, is **APPROVED**;

2. That this action **IS DISMISSED WITHOUT PREJUDICE**; and

3. That the hearing on the motion for temporary restraining order set for August 28, 2006, is **VACATED**.

Dated August 21, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**